IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jaramillo, Edgar | Case Number: 08 B 12110 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 5/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 15, 2008
Confirmed: August 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 426.00 | |
| Secured: | | 398.31 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 27.69 |
| Other Funds: | | 0.00 |
| Totals: | 426.00 | 426.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,864.50 | 0.00 |
| 2. | GEMB | Secured | 9,011.00 | 398.31 |
| 3. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 4. | CMRE Financial Svcs | Unsecured | 3,044.43 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 6. | Quality Healthcare Equipment Inc. | Unsecured | 85.00 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 7,982.07 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 400.00 | 0.00 |
| 9. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Argent Care Inc | Unsecured | | No Claim Filed |
| 12. | Allied Credit | Unsecured | | No Claim Filed |
| 13. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 14. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 15. | City of Berwyn | Unsecured | | No Claim Filed |
| 16. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 17. | Credit Management Co. | Unsecured | | No Claim Filed |
| 18. | Berwyn Magnetic Resource | Unsecured | | No Claim Filed |
| 19. | Fox International LTD | Unsecured | | No Claim Filed |
| 20. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | McCook Police Department | Unsecured | | No Claim Filed |
| 23. | Metropolitan Advanced Radiology | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 26. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jaramillo, Edgar

Printed: 01/29/09

Case Number: 08 B 12110
Judge: Hollis, Pamela S
Filed: 5/13/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Orthopedics Midwest Sc | Unsecured | | No Claim Filed |
| 28. PARC | Unsecured | | No Claim Filed |
| | | $ 23,637.00 | $ 398.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 27.69 |
| | $ 27.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

